IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:17CR121-1 |
| | : | |
| v. | : | |
| | : | |
| CHRISTOPHER LOUIS SPINKS | : | FACTUAL BASIS |

NOW COMES the United States of America, by and through Sandra J. Hairston, Acting United States Attorney for the Middle District of North Carolina, and as a factual basis under Rule 11, Fed. R. Crim. P., states the following:

On October 17, 2015, two females (identified here as Jane Doe-2 and Jane Doe-3) ran away from a juvenile group home facility and travelled to Greensboro, transported by an adult accomplice. The Department of Homeland Security and the Greensboro Police Department (GPD) began searching for the runaways in the Greensboro area. On October 22, 2015, investigators determined that room 214 at the Motel 6, 2838 S. Elm Eugene St., Greensboro, N.C. had been rented in the name of CHRISTOPHER LOUIS SPINKS. Law enforcement officers began surveillance of room 214 and at approximately 7:45 P.M., a Toyota Camry bearing North Carolina license tag CAC 3288 drove onto the hotel parking lot and stopped near room 214. Two male subjects

approached the room and one of them opened the door to room 214 with a key. Both men entered the room, stayed briefly, and then departed in the Toyota alone. Greensboro Police Officers followed the vehicle and attempted to conduct a traffic stop on the vehicle for an expired license plate. The driver, CHRISTOPHER LOUIS SPINKS, eventually pulled over at the intersection of Arlington and Andrews Streets in Greensboro. The unidentified passenger fled on foot and SPINKS was found to be in possession of a hotel key, a cellular telephone, and a small amount of narcotics.

SPINKS said he had rented room 214 at the Motel 6 and consented to the search of the hotel room. In the room, police found Jane Doe-2 and Jane Doe-3, three cellular telephones, items associated with prostitution, and a small amount of marijuana and cocaine. A third female was also in the room, identified herein as Jane Doe-1, a 16-year-old was also involved with the BackPage.com-advertised sex trafficking case of another juvenile runaway, in a separate case prosecuted in the Middle District of North Carolina. SPINKS and the three females were transported to the GPD Maple Street substation where they were interviewed by law enforcement officers. Jane Doe-1 admitted that she utilized her cellular telephone to communicate with Jane Doe-2, Jane Doe-3, and with SPINKS. Jane Doe-1 stated that she used her cellular phone to access the Internet and post advertisements for escort services on

BackPage.com, and to communicate with customers responding to her advertisements. Jane Doe-1

Jane Doe-2 stated that on or about October 17, 2015, she and Jane Doe-3 decided to run away from their group home and travel to Greensboro to stay with Jane Doe-1. Jane Doe-2 utilized her cellular phone to communicate by voice and text with a friend and arrange for him to pick up her and Jane Doe-3 and drive them to Greensboro. Jane Doe-2 also used her cellular phone to contact Jane Doe-1 on her cellular phone to obtain the address of the Scottish Inn in Greensboro, N.C. Jane Doe-2 stated that Jane Doe-1 utilized her cellular phone to take photos of all three girls and also to access the internet and post advertisements for prostitution on the website BackPage.com. Jane Doe-2 stated that SPINKS had sex with her once and made her have sex with several other unknown males to make money to pay for the hotel room.

Jane Doe-3 stated that prior to leaving the group home with Jane Doe-2, she had utilized her cellular phone to call and video chat with SPINKS. Jane Doe-3 stated that SPINKS had sex with her at least four times every day during the time that she was in his hotel room.

SPINKS stated that he had first met Jane Doe-1 in July 2015 at the Ramada Inn in Greensboro, North Carolina. SPINKS and Jane Doe-1 stayed together for a few weeks and then Jane Doe-1 disappeared. SPINKS claimed

that in September 2015 Jane Doe-1 called him on his cellular phone and asked if she could stay with him once she was released from the group home. He agreed and several weeks later Jane Doe-1 just showed up. SPINKS stated that he rented a room at the Scottish Inn in Greensboro for Jane Doe-1 to stay in and the next day the other two girls arrived without notice.

A search of the content of cell phones seized by police, pursuant to a federal search warrant, showed that Jane Doe-1 had sent text messages to SPINKS on October 12, 2015, stating her intention to bring the other two females to Greensboro to engage in prostitution, aided by SPINKS.

SPINKS himself used a text messaging service on his cell phone to send a photograph of all three females to others, in part of a text conversation resulting in a discussion of acts of prostitution, which were in violation of the North Carolina General Statutes, Chapter 14, Article 27. SPINKS'S use of cellular telephones in relation to prostitution constitutes the use of an instrumentality of interstate commerce in relation to prostitution. *See United States v. Evans*, 476 F.3d 1176, 1181 (11th Cir. 2007).

This the 31st day of March, 2017.

Respectfully submitted,

SANDRA J. HAIRSTON
Acting United States Attorney

/s/ANAND P. RAMASWAMY
Assistant U.S. Attorney
NCSB #24991

101 S. Edgeworth St.
Greensboro, NC 27401
336/333-5351

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2017, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Kathleen A. Gleason, Esq.

Respectfully submitted,

/s/ ANAND P. RAMASWAMY
Assistant United States Attorney
NCSB No. 24991
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth Street, 4th Floor
Greensboro, North Carolina 27401
Phone: (336) 333-5351